IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCEY CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3149 |
| | ) | |
| V. | ) | **AMENDED** |
| | ) | **PROGRESSION** |
| ALBERTSON'S, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint stipulation to continue the trial and extend the progression order deadlines, (filing no. 12), is granted, and the final progression order is amended as follows:

a. A jury trial is set to commence on October 18, 2010. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge in her chambers on September 30, 2010 at 9:00 a.m. One-half hour is allocated to this conference. Counsel shall forward provide a draft pretrial conference order at this pretrial conference and the draft order shall conform to the requirements of the local rules.

c. Initial expert witness reports shall be simultaneously exchanged on May 30, 2010. Rebuttal expert witness reports, if any, shall be simultaneously exchanged on June 15, 2010.

d. The discovery and deposition deadline is June 30, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is June 30, 2010.

January 19, 2010.                                  BY THE COURT:

                                                  s/ *Cheryl R. Zwart*
                                                  United States Magistrate Judge