IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCEY CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3149 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTSON'S, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's October 18, 2010 trial docket upon representation by the parties that the case has settled.

Dated July 19, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge